**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**ROBBIE JACKSON, IV,**

***Plaintiff*,**

**v.** **Case No.: 3:26cv4949-MW/HTC**

**LIEUTENANT J. EVANS, et al.,**

***Defendants*.**

_______________________________/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** under this Court's inherent power for Plaintiff's failure to truthfully disclose his litigation history." The Clerk shall close the file.

**SO ORDERED on October 13, 2026.**

**s/Mark E. Walker**
**United States District Judge**